UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTHA R. M.,[1]<br><br>             Plaintiff,<br><br>             v.<br><br>LELAND DUDEK,[2] Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:24-cv-04488-JFW (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein as well as a Reply to Objections to the Report and Recommendation. Having made a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek became the Acting Commissioner of Social Security on or about February 19, 2025. Leland Dudek is substituted for Michelle King as the defendant in this action. Fed. R. Civ. P. 25(d).

to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered reversing the decision of the Commissioner and remanding this action for further proceedings consistent with the Report and Recommendation.

Dated: April 10, 2025 _____     _____
                JOHN F. WALTER
                United States District Judge