JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTHA R. M.,[1] | Case No. 2:24-cv-04488-JFW (DTB) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| LELAND DUDEK,[2] Acting Commissioner of Social Security, | |
| Defendant. | |

    In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herewith,

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek became the Acting Commissioner of Social Security on or about February 19, 2025. Leland Dudek is substituted for Michelle King as the defendant in this action. Fed. R. Civ. P. 25(d).

1

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this action is remanded for further proceedings.

Dated: April 10, 2025 _____

                                             JOHN F. WALTER
                                             United States District Judge