ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com
Attorney for Plaintiff Martha Rodriguez Marrufo

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARTHA RODRIGUEZ MARRUFO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> FRANK BISISGNANO, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant, ) | CASE NO. CV 24-04488-JFW(DTB) <br><br> [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of TWELVE-THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($12,500.00), and Court costs in the amount of FOUR-HUNDRED FIVE DOLLARS AND NO CENTS, as authorized by 28 U.S.C. §1920, subject to the terms of the Stipulation.

DATED: August 20, 2025         _____
                                UNITED STATES MAGISTRATE JUDGE